

**COURT OF APPEAL, FIRST DISTRICT**
301 Fannin Street
Houston, Texas 77002-2066

RE: Case No. 01-15-00150-CR

Style: James E. Guzman
v. The State of Texas

On Friday, April 17, 2015 the Court GRANTED the State's motion to extend time to file brief in the referenced cause to **Monday, May 18, 2015.**

T. C. Case # 1974172



RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

James E. Guzman

Christopher A. Prine, Clerk of the Court